ANDERSON, THOMPSON & TAYLOR vs. ANN BIDDLE.

ERROR to St. Louis Circuit Court.

On motion it was held, that a writ of error will not lie to a decree in chancery.